UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VISHNU PRADEEP MEDA (D-9),
CHARADEEP GUPTA (D-14),
NABILA MAHBUB (D-16), and
THEODORE HAILE (D-17),

        Defendants.

Case No. 10-20014
Honorable Denise Page Hood

_____/

## ORDER REGARDING VARIOUS MOTIONS

This matter is before the Court on Defendant's Motion for Use of Supplemental Jury Questionnaire **[Docket No. 364, filed July 15, 2011]**; Defendant's Notice of Joinder in Motion for Additional Discovery **[Docket No. 385, filed August 2, 2011]**; Government's Motion for Leave to File Surreply to Defendant's Motion to Adjourn Trial **[Docket No. 390, filed August 15, 2011]**.

For the reasons set forth on the record on August 16, 2011 and September 9, 2011,

**IT IS ORDERED** that the Defendant's Motion for Use of Supplemental Jury Questionnaire **[Doc. No. 364, filed July 15, 2011]** is **GRANTED**.

**IT IS FURTHER ORDERED THAT** that Defendant's Notice of Joinder in Motion for Additional Discovery **[Docket No. 385, filed August 2, 2011]** is deemed **MOOT**.

**IT IS FURTHER ORDERED THAT** that Government's Motion for Leave to File Surreply to Defendant's Motion to Adjourn Trial **[Docket No. 390, filed August 15, 2011]** is **GRANTED**.

Dated: December 27, 2011         s/Denise Page Hood
                                 DENISE PAGE HOOD
                                 UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Tuesday, December 27, 2011, by electronic and/or ordinary mail.

                                 s/Julie Owens
                                 Case Manager, (313) 234-5160