**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     Case No. 10-20014
                                                     Honorable Denise Page Hood

VISHNU PRADEEP MEDA (D-9),

        Defendant.

_____/

## ORDER GRANTING IN PART MOTION TO SEPARATE TRIAL FROM CO-DEFENDANT NABILA MAHBUB

This matter is before the Court on Vishnu Pradeep Meda's Motion to Sever and Separate Trial from Co-Defendant Nabila Mahbub,

For the reasons stated on the record on September 19, 2012,

**IT IS ORDERED** that Defendant's Motion to Sever and Separate Trial [Docket No. 463, filed May 2, 2012] is **GRANTED IN PART**. Defendant Nabila Mahbub will be tried separately from her Co-Defendants. The remaining four Defendants will be tried together on October 1, 2012.

    **IT IS SO ORDERED**.

    Dated: September 25, 2012                s/Denise Page Hood
                                                        DENISE PAGE HOOD
                                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Tuesday, September 25, 2012, by electronic and/or ordinary mail.

                                                          s/LaShawn Saulsberry
                                                          Case Manager